**DENNIS M. BROMBERG**
Law Offices of Dennis M. Bromberg
5528 N. Palm Avenue # 111
Fresno, California 93704
Telephone: (559) 439-9700

Attorney for Richelle Barker

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHELLE A. BARKER,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OR SOCIAL SECURITY<br><br>  Defendant. | 1:09- CV-00184 GSA<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff has been unable to comply with the Court's standing scheduling order and therefor requests, with the assent of Jacqueline Forsland, the Special Assistant U.S. Attorney handling the case for the Commissioner, that the following schedule be set by the Court: Plaintiff shall serve on defendant a confidential letter brief no later than August 31, 2009. Defendant shall have until October 5, 2009 to serve a response to the letter brief. In the event that the case is not remanded, plaintiff shall have until November 5, 2009 to file and serve an opening brief on defendant and the court. Defendant shall then have until December 7, 2009 to file and serve a responsive brief. Any reply brief shall be filed fifteen days after service of the responsive brief.

Dated: August  21,  2009         /s/ Thomas V. Miles for Dennis M. Bromber
                                 _____
                                 DENNIS M. BROMBERG
                                 Attorney for Plaintiff, RICHELLE A. BARKER

/////

1

```
Dated: August  _21_ , 2009         /s/ Jacqueline Forslund
                                   _____
                                   JACQUELINE FORSLUND
                                   Special Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   August 25, 2009**               **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE