**DENNIS M. BROMBERG**
Law Offices of Dennis M. Bromberg
5528 N. Palm Avenue # 111
Fresno, California 93704
Telephone: (559) 439-9700

Attorney for Richelle Barker

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHELLE A. BARKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OR SOCIAL )<br>SECURITY )<br>)<br>Defendant. )<br>_____) | 1:09- CV-00184 GSA<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    Plaintiff has been unable to file her opening brief by November 5, 2009 and, with the assent of Leo R. Montenegro, Special Assistant United States Attorney assigned to the case for the Commissioner, it is agreed that plaintiff shall have until December 5, 2009 to file and serve an opening brief on defendant and the court.  Defendant shall have until January 15, 2010 to file and serve a responsive brief.,  Any reply brief shall be filed fifteen days after service of the responsive brief.

Dated: November  10,  2009          /s/ Thomas V. Miles for Dennis M. Bromberg
                                                                _____
                                                                DENNIS M. BROMBERG
                                                                Attorney for Plaintiff, RICHELLE A. BARKER

|   |   |
|---|---|
|   | LAWRENCE G. BROWN<br>United States Attorney |
| Dated: November __10__, 2009 | /s/ Daniel P. Talbert for Leo R. Montenegro<br>_____<br>LEO R. MONTENEGRO<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

IT IS SO ORDERED.

**Dated:   November 11, 2009**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2